# IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT CARLSEN, AN INDIVIDUAL,
Appellant,

vs.

DUMITRU D. IONESCU, AN
INDIVIDUAL; MIRELA IONESCU, AN
INDIVIDUAL; AND O48 REALTY, INC.,
A NEVADA CORPORATION,
Respondents.

No. 76827

**FILED**

JAN 2 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Chief Judge, The Eighth Judicial District Court
Hon. Nancy M. Saitta, Senior Justice
Marquis Aurbach Coffing
Sylvester & Polednak, Ltd.
Dumitru D. Ionescu
Mirela Ionescu
Eighth District Court Clerk

19-04318